THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jeffrey Sheldon
 Carlson, Appellant.
 
 
 

Appeal From Lexington County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2008-UP-077
Submitted February 1, 2008  Filed
 February 6, 2008  

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Jeffery Sheldon Carlson appeals his guilty plea to second-degree criminal
 sexual conduct with a minor.  On appeal, Carlson maintains his guilty plea
 failed to conform with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969).  Specifically, Carlson maintains the trial court abused its
 discretion by failing to adequately advise him of his constitutional rights.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Carlsons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and CURETON, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.